Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Jamie L. Zimmerman, Bar No. 11749
jamie.zimmerman@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Weststar Credit Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLA MAE AGUILAR,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTSTAR CREDIT UNION, and Does 1 through 25, inclusive,<br><br>          Defendants. | Case No.: 2:12-cv-01199-RCJ-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 29th day of November, 2012.

| | |
|---|---|
| LAW OFFICE OF SCOTT B. OLIFANT | JACKSON LEWIS LLP |
| /s/ Scott B. Olifant<br>Scott B. Olifant, Bar # 7471<br>5520 Sharpsburg Avenue<br>Las Vegas, Nevada 89141 | /s/ Jamie L. Zimmerman<br>Elayna J. Youchah, Bar # 5837<br>Jamie L. Zimmerman, Bar # 11749<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Ola Mae Aguilar* | *Attorneys for Defendant*<br>*Weststar Credit Union* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 29, 2012